UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DWAYNE DEMARIO WILLIAMS,

        Plaintiff(s),

v.

EASTPOINTE POLICE DEPARTMENT, et al

        Defendant(s).
_____/

Case No. 18-13879

Judge Linda V. Parker

Magistrate Judge Stephanie Dawkins Davis

**NOTICE OF CORRECTION**

Docket entry number  7 & 8 , filed  February 5, 2019 , has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [x] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact  Richard Loury  at  (313) 234-5524 .

DAVID J. WEAVER, CLERK OF COURT

Dated: February 5, 2019

s/ Richard Loury
Deputy Clerk